HENRY ADSIT BULL, Appellant, Respondent, v. ELMER E. HARRIS & Co. and

Others, Respondents, Appellants, Impleaded with The Pendock Company and Another, Defendants.— Order of modification and affirmance entered November 15, 1933, amended. [See 240 App. Div. ——.]